Michael L. Previto, Esq.
150 Motor Parkway, Suite 401
Hauppauge, New York 11788
Cell: (631) 379-0837

*E-mail: mchprev@aol.com*

*Additional mailing address:*
*6 Lyndon Lane*
*South Setauket, NY 11720*

***Via ECF***

April 2, 2026

The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York

Re: Joseph D. Batz Perez v. Living Room Restaurant and Lounge, Inc.
Civil Action No.: 26-cv-00677-KAM-JAM

***REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER TO APRIL 14, 2026***

Your Honor,

I have recently been retained by Living Room Restaurant and Ms. Malkova to defend this lawsuit. My clients are in possession of a summons and complaint.

Having reviewed the docket, it appears that an answer was due on March 5, 2026. As such, I am requesting a short extension of time to file an appropriate answer and hope the Court will grant me a one-time extension to April 14, 2026, to file this answer.

On April 1, 2026, I tried calling Plaintiff's counsel for her consent, but have not received a call back. I've decided not to waste any time waiting for counsel's consent, so I'm requesting the Court directly.

I respectfully await the Court's advice.

Respectfully submitted,

Michael L. Previto

Cc: Lina Stillman, Esq.